```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
 UNITED STATES OF AMERICA,               :
                                         :
               -v-                       :        20Cr0007 (DLC)
                                         :
 HECTOR TOLENTINO and ERICKSON           :           ORDER
 HERNANDEZ ALMONTE,                      :
                                         :
                      Defendants.        :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

An Order of May 6, 2020, excluded time under the Speedy Trial Act until September 8, 2020, and required any objection to the Order to be filed by May 15.  No objection has been received.  The Court has received the May 8, 2020 letter from newly retained counsel Barry Goldberg and an affidavit dated May 15 from assigned counsel Stephen Turano confirming that defendant Erickson Hernandez Almonte ("Almonte") desires to have Mr. Goldberg represent him in this case.  Accordingly, it is hereby

ORDERED that Mr. Turano is relieved as counsel for Almonte and Mr. Goldberg's appearance is accepted.

IT IS FURTHER ORDERED that the trial in this matter is scheduled for September 8, 2020, subject to further revision of the schedule in light of the COVID-19 pandemic and any Standing

Order of this Court that may be issued relating to the conduct of criminal jury trials.

IT IS FURTHER ORDERED that counsel for each of the defendants shall advise this Court by August 21, 2020, whether the defendant wishes to enter a plea of guilty or to proceed to trial.

Dated:    New York, New York
          May 21, 2020

                                   _____
                                         DENISE COTE
                                   United States District Judge