```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :         20cr07 (DLC)
                                    :
           -v-                      :         ORDER
                                    :
ERICKSON HERNANDEZ ALMONTE,         :
                                    :
                    Defendant.      :
                                    :
------------------------------------X
```

DENISE COTE, District Judge:

The defendant is scheduled to enter a plea of guilty on December 10, 2020 at 9:00 a.m. in a videoconference proceeding. Due to the recent spike in COVID-19 cases and the resultant increase in demand for videoconference proceedings, a videoconference proceeding may not be available to the defendant on December 10. A telephone conference plea proceeding may be available to the defendant, however. Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following question by **Wednesday, December 2**:

> If a videoconference plea proceeding is unavailable, does the defendant consent to plead guilty at a telephone conference proceeding?

If the defendant consents to plead guilty at a telephone conference proceeding, either as a matter of preference or because a videoconference proceeding is unavailable, please

complete and submit the written consent form attached to this Order if it is feasible to do so.

Dated:   New York, New York
         November 30, 2020

                                    _____
                                         DENISE COTE
                                    United States District Judge