```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA                 :
                                         :
              -v-                        :      20cr07 (DLC)
                                         :
ERICKSON HERNANDEZ ALMONTE,              :      ORDER
                                         :
                         Defendant.      :
                                         :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/4/2020

DENISE COTE, District Judge:

On November 24, 2020, this Court issued an Order scheduling the defendant's plea proceeding for December 10 at 9:00 a.m. via a videoconference proceeding. Due to the recent spike in COVID-19 cases and the resultant increase in demand for videoconference proceedings, a videoconference proceeding is not available on that date. On December 3, counsel for the defendant notified the Court that the defendant consents to enter a plea of guilty via a telephone conference proceeding. Accordingly, it is hereby

ORDERED that the plea proceeding shall proceed as scheduled on **December 10** at **9:00 a.m.** as a telephone conference. The dial-in credentials for the telephone conference are the following:

        **Dial-in:**      888-363-4749
        **Access code:**  4324948

In accordance with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at

https://www.nysd.uscourts.gov/sites/default/files/practice_documents/DLC%20Cote%20COVID-19%20Emergency%20Practices%20-%20May%2013%2C%202020.pdf, counsel should adhere to the following rules and guidelines during the hearing:

1. Each party should designate a single lawyer to speak on its behalf (including when noting the appearances of other counsel on the telephone).

2. Counsel should use a landline whenever possible, should use a headset instead of a speakerphone, and must mute themselves whenever they are not speaking to eliminate background noise.  In addition, counsel should not use voice-activated systems that do not allow the user to know when someone else is trying to speak at the same time.

3. To facilitate an orderly teleconference and the creation of an accurate transcript, counsel are <u>required</u> to identify themselves every time they speak.  Counsel should spell any proper names for the court reporter. Counsel should also take special care not to interrupt or speak over one another.

4. If there is a beep or chime indicating that a new caller has joined while counsel is speaking, counsel should pause to allow the Court to ascertain the identity of the

new participant and confirm that the court reporter has
not been dropped from the call.

Dated:   New York, New York
         December 4, 2020

                                    _____
                                         DENISE COTE
                                    United States District Judge