```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
 UNITED STATES OF AMERICA              :
                                       :
              -v-                      :        20cr07 (DLC)
                                       :
 ERICKSON HERNANDEZ ALMONTE,           :             ORDER
                                       :
                        Defendant.     :
                                       :
---------------------------------------X
```

DENISE COTE, District Judge:

The defendant's sentencing is scheduled to occur on **March 11, 2021** at **2 p.m.** The defendant is incarcerated. Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference. If, due to the increase in demand for videoconference proceedings, a videoconference is not available it may be possible to arrange for a telephone conference. Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following two questions by on **February 25, 2021**:

1) Does the defendant consent to have the proceeding occur as a videoconference?

2) If a videoconference is unavailable, does the defendant consent to have the proceeding occur as a telephone conference?

If the defendant consents to either option, please complete and submit the written consent form attached to this Order if it is feasible to do so.

Dated:     New York, New York
           February 17, 2021

_____
DENISE COTE
United States District Judge