**BARRY GOLDBERG, P.C.**
ATTORNEY AT LAW
11 PARK PLACE, SUITE 903
NEW YORK, NEW YORK 10007
(917) 682-0364

February 25, 2021

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY. 10007

VIA ECF

        Re:  United States vs. Erickson Hernandez Almonte
           Case No 20-Cr. 00007 (DLC)

Dear Judge Cote:

    As the Court is aware, I represent the above named defendant. Mr. Almonte entered a plea of guilty on January 6, 2021. The Court set a sentencing date of March 11, 2021. At this time, I am respectively requesting an additional 60 days to file our defense submission and a sentencing date two weeks thereafter. This request is made based on COVID-19 and my inability to meet with Mr. Almonte's family. I also have an immediate family member having surgery next week so I would appreciate the delay. I have spoken to Assistant United States Attorney Jacob Fiddelman who has no objection to this request.

    Additionally, in response to questions posed by the Court, please be advised that I have spoken to my client and he consents to proceed via video conference technology. If video conference technology is not available, he will consent to proceed via telephone conference. Thank you for your anticipated consideration in this matter. If you have any questions please feel free to contact my office.

Yours Truly,

*s/Barry Goldberg*

Barry Goldberg, Esq.

Application DENIED. Sentencing adjourned 1 week to March 18, 2021 at 11:00 AM. Defense submissions due March 12. Government submissions due March 16.

SO ORDERED  2/26/2021

_____
DENISE COTE
United States District Judge

CC: AUSA JACOB FIDDELMAN