UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA                :
                                        :
            -v-                         :    20cr07 (DLC)
                                        :
ERICKSON HERNANDEZ ALMONTE,             :    ORDER
                                        :
                  Defendant.            :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    By letter of October 14, 2021, the defendant's counsel Barry Goldberg advised the Court that he had provided the documents to the defendant that the defendant had requested in a letter filed on September 21. As this Court's order of September 28 indicated, the Bureau of Prisons has restrictions on what documents an inmate may have in his possession. Those restrictions are intended to protect the inmate population.

    In a letter docketed January 6, the defendant asks again for his legal papers and indicates that he has not received any. It is hereby

    ORDERED that the defendant's January 6 request is denied.

    IT IS FURTHER ORDERED that the defendant consult with the Bureau of Prisons officials regarding access to documents

associated with his prosecution and conviction.


Dated:      New York, New York
            January 14, 2022

                                    _____
                                         DENISE COTE
                                    United States District Judge