```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
UNITED STATES OF AMERICA                 :
                                         :
            -v-                          :    20cr7-2 (DLC)
                                         :
ERICKSON HERNANDEZ ALMONTE,              :    ORDER
                                         :
                        Defendant.       :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received the defendant's letter dated June 1, 2022, which was docketed on June 8, 2022, it is hereby

ORDERED that the Government shall respond to the defendant by July 1, 2022.

IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order to the defendant and note service on the docket.

SO ORDERED:

Dated:   New York, New York
         June 8, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge

Mail to:   Erickson Hernandez Almonte
           Bop #87608-054
           FCI Allenwood Low
           Federal Correctional Institution
           P.O. Box 1000
           White Deer, PA 17887