```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA                :
                                        :
            -v-                         :    20cr7-2 (DLC)
                                        :
ERICKSON HERNANDEZ ALMONTE,             :       ORDER
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    Having received the defendant's letter dated September 20, 2022, which was docketed on September 26, 2022, and having heard from Probation that the defendant's passport is in the custody of the DEA Case Agent, it is hereby

    ORDERED that the Government shall respond to the defendant by October 14, 2022.

    IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order to the defendant and note service on the docket.

    SO ORDERED:

Dated:    New York, New York
           September 29, 2022

                                            DENISE COTE
                                  United States District Judge

```
Mail to:  Erickson Hernandez Almonte
          Bop #87608-054
          FCI Allenwood Low
          Federal Correctional Institution
          P.O. Box 1000
          White Deer, PA 17887
```