UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
   UNITED STATES OF AMERICA               :
                                          :
             -v-                          :        20cr7-2 (DLC)
                                          :
   ERICKSON HERNANDEZ ALMONTE,            :           ORDER
                                          :
                          Defendant.      :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

   IT IS HEREBY ORDERED that a conference is scheduled in this

matter for June 3, 2026 at 10:30 AM in Courtroom 18B, 500 Pearl

Street.

Dated:    New York, New York
          May 13, 2026


                              _____
                                      DENISE COTE
                              United States District Judge