UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
   UNITED STATES OF AMERICA               :
                                         :
             -v-                          :         20cr7-2 (DLC)
                                         :
   ERICKSON HERNANDEZ ALMONTE,            :            ORDER
                                         :
                      Defendant.          :
                                         :
-----------------------------------------X

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the conference scheduled in this

matter for June 3 is adjourned to June 11, 2026 at 10:30 AM in

Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
          June 3, 2026


                              _____
                                     DENISE COTE
                              United States District Judge