UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------X
                               :

UNITED STATES OF AMERICA,           :       20cr7-2(DLC)

         -v-                      :         ORDER

ERICKSON HERNANDEZ ALMONTE,      :

               Defendant.     :

                                 :
--------------------------------------------X

DENISE COTE, District Judge:

     As set forth on the record at the conference held on June 11, 2026, it is hereby

     ORDERED that C.J.A. counsel Avi Moskowitz is appointed to represent the defendant.

Dated:     New York, New York
          June 11, 2026

                            _____
                                 DENISE COTE
                     United States District Judge